UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Case No: 3:11-CR-88(01) RM |
| ) | |
| ROGELIO RODRIGUEZ-VILLEGAS ) | |

ORDER

No objections have been filed to the magistrate judge's findings and recommendation upon a plea of guilty issued on October 4, 2011 [Doc. No. 32]. Accordingly, the court now ADOPTS those findings and recommendation, ACCEPTS defendant Rogelio Rodriguez-Villegas' plea of guilty, and FINDS the defendant guilty of Count 1 of the Indictment, in violation of 42 U.S.C. § 408(a)(7)(B).

SO ORDERED.

ENTERED:   October 24, 2011

  /s/ Robert L. Miller, Jr.
Judge
United States District Court